IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZAMIRAH MARIE MORTON,** | : | CIVIL ACTION NO. 1:25-CV-1452 |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN ADAM OGLE,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 11th day of August, 2025, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice.

2. Petitioner's motion for leave to proceed *in forma pauperis*, motion for temporary restraining order, and motion to stay state court proceedings (Docs. 2, 3, 6) are DENIED as moot.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is directed to CLOSE this case.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania